

# NUMBER 13-23-00272-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI–EDINBURG

NOVUS PRIME PROPERTIES,
LLC,                                                                          Appellant,

v.

SPACE EXPLORATION
TECHNOLOGIES CORP.,                                                Appellee.

## ON APPEAL FROM THE 107TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS.

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva
Memorandum Opinion by Justice Longoria**

Appellant Novus Prime Properties, LLC perfected an appeal from a judgment
entered by the 107th District Court of Cameron County, in cause number 2021-DCL-
03184. Appellant has filed an agreed motion to dismiss this appeal pursuant to Texas

Rule of Appellate Procedure 42.1(a). *See* TEX. R. APP. P. 42.1(a).

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See id.* The joint motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed on the
8th day of August, 2024.